# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHIRAG AMIN,

        Plaintiff,

   v.

PENSON FINANCIAL SERVICES, INC.,
ONLINE BROKERAGE SERVICES, INC.,
UNITED STATES POSTAL SERVICE,
UNITED STATES OF AMERICA,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-0702-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ S. Vogel**                                                   1/3/08
_____     _____
**by Deputy Clerk**                                                Date