IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHIRAG AMIN,

                                                 ORDER

               Plaintiff,

                                     3:07-cv-702-bbc

      v.

PENSON FINANCIAL SERVICES, INC.,
ONLINE BROKERAGE SERVICES, INC.,
UNITED STATES POSTAL SERVICE,
UNITED STATES OF AMERICA,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's "Motion to Amend or Correct January 3, 2008 Opinion and Order" and

"Motion for Affirmation" are DENIED as legally meritless.

Entered this 8th day of January, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1