IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHIRAG AMIN,

                                                                                                   ORDER

                   Plaintiff,

                                                                               3:07-cv-00702-bbc

      v.

PENSON FINANCIAL SERVICES, INC.,
ONLINE BROKERAGE SERVICES, INC.,
UNITED STATES POSTAL SERVICE,
UNITED STATES OF AMERICA,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      For the reasons expressed in the order entered in this case on January 3, 2008, plaintiff's motion for reconsideration is DENIED.

      Entered this 31st day of January, 2008.

                                                    BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge